No. 789. BLUE ET AL. *v.* UNITED STATES;
No. 790. CLARK ET AL. *v.* UNITED STATES; and

No. 791. PARDEE ET AL. v. UNITED STATES. May 1, 1944. The petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit is denied. MR. JUSTICE MURPHY is of opinion that the petition should be granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Messrs. Matthew L. Bigger, Frank Wiedemann,* and *Carrington T. Marshall* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Robert L. Stern,* and *Miss Beatrice Rosenberg* for the United States. Reported below: 138 F. 2d 351.